UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                      Bky. 10-61176

Paul Wieseler and
Susan Wieseler
Debtors.

Paul Wieseler                                                    ADV 11-6005

Plaintiff,

      vs.

Dakota Bluff Financial, LLC
and Messerli & Kramer, P.A.

            Defendants.

## NOTICE OF DISMISSAL

WHEREAS, this action was one to recover a preference; and

WHEREAS, the defendants in the above matter have repaid to plaintiff the bulk of the preference which was at issue in this adversary proceeding; and

WHEREAS, the action is therefore moot; and

WHEREAS, defendants have not answered nor served a motion for summary judgment;

NOW THEREFORE BE IT KNOWN:

That plaintiff dismisses this action.

February 8, 2011

   /e/ Sam Calvert
Sam Calvert, atty id #1431X
attorney for plaintiff
1011 2nd ST N STE 107
St. Cloud MN 56303
320-252-4473